IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TEXARKANA DIVISION

| | | |
|---|---|---|
| RALPH ALVARADO | § | |
| VS. | § | CIVIL ACTION NO. 5:10cv63 |
| UNITED STATES DIST. COURT | § | |

**MEMORANDUM ORDER ADOPTING**
<u>THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION</u>

Ralph Alvarado, proceeding *pro se*, filed the above-styled petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

The court previously referred this matter to the Honorable Earl S. Hines, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge concerning this matter. The magistrate judge recommends that the petition be dismissed without prejudice.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. No objections were filed to the Report and Recommendation.

O R D E R

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**. A final judgment will be dismissing this petition.

**SIGNED this 24th day of May, 2010.**

---
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE